RECEIVED
AUG 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

BY FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Mary McCormack and Samantha Stabenchek,

    Plaintiff,

v.

Safeway Stores, Inc.,

    Defendant.

CASE NO. C12-4377 ADR

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Joy Bertrand, whose business address and telephone number is PO Box 2734, Scottsdale, AZ 85252-2734, 414-687-4932

and who is an active member in good standing of the bar of Wisconsin

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

8/22/2012
Dated: ~~8/20/12~~

*[Signed]* Judge Maria-Elena James