IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY MCCORMACK and SAMANTHA STABENCHEK,**<br>     PLAINTIFFS,<br><br>v.<br><br>**SAFEWAY STORES, INC.,**<br>     DEFENDANT. | Case No. 12-CV4377<br><br>[PROPOSED] ORDER RE: STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE, DEADLINE FOR FEDERAL CIVIL RULE 26(a) INITIAL DISCLOSURES AND ADR DEADLINES |

The Court, having reviewed the stipulation of the Parties, and good cause appearing, hereby enters the following orders:

IT IS ORDERED that the Case Management Conference in this action shall be continued from November 29, 2012 to January 17, 2013.

IT IS FURTHER ORDERED that the deadline for initial disclosures shall occur on or before January 10, 2013,s i.e., seven (7) days before the new Case Management Conference date.

IT IS FURTHER ORDERED that the Parties' ADR Certification and Stipulation to ADR Process under Civ. L.R. 16-8 and ADR L.R. 3-5(b) and (6) shall be due thirty days after the date the Court files its order on the Defendant SAFEWAY INC.'s Motion to Dismiss or in the alternative, to Transfer the Action.

November 15, 2012

_____

Maria-Elena James
Magistrate Court Judge